UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Roseanne Cauley Simons,

    Plaintiff,

 v.

Midwest Telephone Sales and
Service, Inc., and Frank Bagot, Sr.,

    Defendants.

**MEMORANDUM OPINION
AND ORDER**
Civil No. 05-1120 ADM/JSM

---

Andrew T. Jackola, Esq., Mansfield, Tanick & Cohen, P.A., Minneapolis, MN, on behalf of Plaintiff.

Mark C. Hart, Esq., Courey, Kosanda & Zimmer, P.A., Golden Valley, MN, on behalf of Defendants.

---

  On January 5, 2006, oral argument before the undersigned United States District Judge was heard on Plaintiff Roseanne Cauley Simons' Motion to Dismiss [Docket Nos. 26, 31] Defendant Midwest Telephone Sales and Service, Inc.'s counterclaims [Docket No. 24] for breach of the duty of loyalty and unjust enrichment.

  For the reasons stated at oral argument, Plaintiff's Motion is **GRANTED** and Defendant's counterclaims for breach of the duty of loyalty and unjust enrichment are **DISMISSED**.

              BY THE COURT:


                s/Ann D. Montgomery
              ANN D. MONTGOMERY
              U.S. DISTRICT JUDGE

Dated: January 5, 2006.